UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,                :
                                         :
    -against-                            :        17 MJ. 8611
                                         :
Cheikh Gadio,                            :        <u>BAIL ORDER</u>
                Defendant.     :
-------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

The defendant's bail conditions are modified as follows:

1. The defendant shall be subject to electronic monitoring and GPS monitoring as directed by Pretrial Services.

2. The defendant is to maintain a landline telephone at his residence where Pretrial Services shall contact him at varying times on a daily basis without prior notification.

3. Defendant shall be confined to his residence. He may not travel to visit his lawyers or anyone else. Defense counsel shall accompany him from his residence to all court appearances, and return him to his residence when the court appearance is completed.

4. The defendant is subject to strict supervision by Pretrial Services.

5. All other conditions previously fixed by Magistrate Judge Fox shall continue to apply.

6. All of defendant's bail conditions must be satisfied prior to his release.

Dated: November 27, 2017
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.