**Debevoise
& Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

Sean Hecker
Partner
shecker@debevoise.com
Tel +1 212 909 6052

December 14, 2017

12/14/17

BY HAND

Honorable Judge R. Sullivan
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

*U.S.A. v. Chi Ping Patrick Ho and Cheikh Gadio*, 17 Mag 8611

Hon Judge Sullivan:

I write with the consent of the Government to request a modification to one of the bail conditions imposed on my client, Dr. Cheikh Gadio, by Judge Pauley on November 27, 2017.

At Dr. Gadio's initial appearance on November 18, 2017, Magistrate Judge Fox approved a bail package for his release including a $1,000,000 bond signed by four financially responsible persons and secured by $250,000 in property, home detention, electronic monitoring, travel limited to the EDNY/SDNY and the District of Maryland (where Dr. Gadio is on home detention) and the surrender of his travel documents. (Dkt. No. 9). Dr. Gadio was ordered confined until those bail conditions could be met. The Government subsequently appealed Judge Fox's ruling. The bail appeal was heard by Judge Pauley, sitting in Part 1, on November 27, 2017. Following argument on the bail appeal, Judge Pauley ordered Dr. Gadio's release on bail subject to additional conditions. Pursuant to Judge Pauley's order (Dkt. No. 13), those conditions are:

1. The defendant shall be subject to electronic monitoring and GPS monitoring as directed by Pretrial Services.

2. The defendant is to maintain a landline telephone at his residence where Pretrial Services shall contact him at varying times on a daily basis without prior notification.

3. Defendant shall be confined to his residence. He may not travel to visit his lawyers or anyone else.

4. Defense counsel shall accompany him from his residence to all court appearances, and return him to his residence when the court appearance is completed.

5. The defendant is subject to strict supervision by Pretrial Services.

6. All other conditions previously fixed by Magistrate Judge Fox shall continue to apply.

The Government has consented to a modification of condition no. 3 to allow Dr. Gadio to meet with his defense counsel at the Washington D.C. office of Debevoise & Plimpton LLP on Monday, December 18, 2017 from 9:00 am to 3:00 pm. Mr. Gadio will be accompanied to and from the meeting by a member of his defense team.

To date, Dr. Gadio has been in full compliance with the conditions imposed by both Judge Fox and Judge Pauley. His pre-trial services officer, John Moscato, also consents to my request for this modification.

Accordingly, I respectfully request that Your Honor so order the requested modification:

> Dr. Gadio is permitted to meet with his defense team at the office of Debevoise & Plimpton LLP, located at 801 Pennsylvania Avenue, N.W. – suite 500, Washington, D.C. 20004, from 9:00 am to 3:00 pm on Monday, December 18, 2017. Dr. Gadio will be accompanied to and from the meeting by a member of his defense team.

Respectfully submitted,

Sean Hecker
Partner, Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6052

*Counsel to Dr. Cheikh Gadio*

cc: Thomas McKay, AUSA
　　Daniel Richenthal, AUSA
　　Douglas Zolkind, AUSA
　　John Moscato, PTS

SO ORDERED
Dated: 12/14/17
RICHARD J. SULLIVAN
U.S.D.J.