## COMPLAINT/REMOVAL DISMISSAL
### United States District Court
### Southern District of New York

Mag. Judge Dkt. No. **17-MJ-8611**

USAO No. **2017R01499**

Date **9-14-18**

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ___ Removal Proceedings in

United States v. **Cheikh Gadio**

The Complaint/~~Rule 40 Affidavit~~ was filed on **11-16-17**

✓ U.S. Marshals please withdraw warrant.

ASSISTANT UNITED STATES ATTORNEY

Douglas Zolkind
(Print name)

**SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

9/14/18
DATE

Distribution: White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy